# EXHIBIT B

**Equity Receivership over Nationwide Automated Systems, Inc., et al.**
**Detailed Schedule of Payments and Deposits**
**Ehrens, Gerald & Wilma**

| Summary of Payments and Deposits: | | Deposits (Investment) | Payments Received | Balance |
|---|---|---|---|---|
| **Investor:** | **Ehrens, Gerald** (aka, Riviera Investments, LP) | $ 792,000.00 | $ (734,616.50) | $ 57,383.50 |
| **Commissions:** | **Erhrens, Gerald** | $ - | $ (164,000.00) | $ (164,000.00) |
| | **Amgest, Ltd** | $ - | $ (980,500.00) | $ (980,500.00) |
| | **First Abby Corp.** | $ - | $ (893,500.00) | $ (893,500.00) |
| | **Total** | $ 792,000.00 | $ (2,772,616.50) | $ (1,980,616.50) |

**Riviera Investments, LP - Deposits:**

| Acct Name | Account# | Date | Check # | Payor/Payee | Company | Memo/Notes | Amount |
|---|---|---|---|---|---|---|---|
| CNB | 22414410 | 01/22/08 | | Ehrens, Gerald & Wilma | (Riviera Investments LP) | 10 ATM machines (Riviera Investments LP) | 120,000.00 |
| CNB | 22414410 | 07/25/08 | | Ehrens, Gerald & Wilma | (Riviera Investments LP) | 10 ATM machines for Rivera Investments | 120,000.00 |
| CNB | 22414410 | 05/26/09 | | Ehrens, Gerald & Wilma | | "4 - ATM Machines" | 48,000.00 |
| CNB | 22414410 | 07/12/12 | | Ehrens, Gerald & Wilma | (Riviera Investments LP) | 7 ATMs (Riviera Investments LP) | 84,000.00 |
| CNB | 22414410 | 11/05/12 | | Ehrens, Gerald & Wilma | (Riviera Investments LP) | 5 Machines (Riviera Investments LP) | 60,000.00 |
| CNB | 22414410 | 12/24/12 | | Ehrens, Gerald & Wilma | (Riviera Investments LP) | 5 ATMs (Riviera Investments LP) | 60,000.00 |
| CNB | 22414410 | 04/05/13 | | Ehrens, Gerald & Wilma | (Riviera Investments LP) | 5 ATM machines (from Riviera Investments LP) | 60,000.00 |
| CNB | 22414410 | 09/20/13 | | Ehrens, Gerald & Wilma | (Riviera Investments LP) | 4 ATM machines (Riviera Investments LP) | 48,000.00 |
| CNB | 22414410 | 11/12/13 | | Ehrens, Gerald & Wilma | (Riviera Investments LP) | 3 ATMs (Riviera Investments LP) | 36,000.00 |
| CNB | 22414410 | 08/02/13 | | Ehrens, Gerald & Wilma | | | 84,000.00 |
| CNB | 22414410 | 02/27/14 | | Ehrens, Gerald & Wilma | (Riviera Investments LP) | (Riviera Investments LP) | 36,000.00 |
| CNB | 22414410 | 03/31/14 | | Ehrens, Gerald & Wilma | (Riviera Investments LP) | (from Riviera Investments LP) | 36,000.00 |
| | | | | | | **Total** | **792,000.00** |

**Riviera Investments, LP - Payments from NASI:**

| Acct Name | Account# | Date | Check # | Payor/Payee | Company | Memo/Notes | Amount |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | 09/05/07 | 35164 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,469.00) |
| CNB | 22414399 | 10/03/07 | 35765 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,392.00) |
| CNB | 22414399 | 11/05/07 | 36354 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,406.00) |
| CNB | 22414399 | 12/06/07 | 36934 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,422.00) |
| CNB | 22414399 | 01/03/08 | 37516 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,385.50) |
| CNB | 22414399 | 02/05/08 | 38115 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,328.50) |
| CNB | 22414399 | 03/04/08 | 38720 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,340.50) |
| CNB | 22414399 | 04/03/08 | 39380 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (4,468.00) |
| CNB | 22414399 | 05/05/08 | 40036 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (4,386.50) |
| CNB | 22414399 | 06/03/08 | 40695 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (4,377.00) |
| CNB | 22414399 | 06/04/08 | 40862 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | 20% adjustment (Riviera In | $ (277.50) |
| CNB | 22414399 | 07/03/08 | 41339 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (4,372.50) |
| CNB | 22414399 | 08/05/08 | 41990 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (4,249.00) |

| Acct Name | Account# | Date | Check # | Payor/Payee | Company | Memo/Notes | Amount |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | 08/21/08 | 42171 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | 20% Adjustment (Riviera I | $ (258.00) |
| CNB | 22414399 | 09/03/08 | 42652 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (4,251.00) |
| CNB | 22414399 | 09/10/08 | 42815 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | 20% adjustment (Riviera In | $ (50.50) |
| CNB | 22414399 | 10/06/08 | 43373 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (6,157.00) |
| CNB | 22414399 | 11/05/08 | 44128 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (6,053.00) |
| CNB | 22414399 | 12/04/08 | 44888 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,897.00) |
| CNB | 22414399 | 01/05/09 | 45642 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,715.00) |
| CNB | 22414399 | 02/03/09 | 46434 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,652.50) |
| CNB | 22414399 | 02/11/09 | 46635 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | 20% adjustment (Riviera In | $ (486.00) |
| CNB | 22414399 | 03/04/09 | 47261 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,532.00) |
| CNB | 22414399 | 03/17/09 | 47501 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | 20% Adjustment (Riviera I | $ (1,119.50) |
| CNB | 22414399 | 04/03/09 | 48090 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,391.50) |
| CNB | 22414399 | 05/04/09 | 48880 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,478.50) |
| CNB | 22414399 | 06/02/09 | 49687 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,458.50) |
| CNB | 22414399 | 07/06/09 | 50496 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,528.00) |
| CNB | 22414399 | 08/05/09 | 51323 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (6,290.50) |
| CNB | 22414399 | 08/10/09 | 51527 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | 20% Adjustment (Riviera I | $ (2,629.00) |
| CNB | 22414399 | 09/03/09 | 52186 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (6,335.00) |
| CNB | 22414399 | 09/10/09 | 52397 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | 20% Adjustment (Riviera I | $ (2,192.00) |
| CNB | 22414399 | 10/05/09 | 53058 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (6,336.00) |
| CNB | 22414410 | 10/19/09 | 8374 | Ehrens, Gerald & Wilma | (Riviera Investments LP) | (Riviera Investments | $ (144,000.00) |
| CNB | 22414399 | 11/03/09 | 53966 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (6,382.00) |
| CNB | 22414399 | 12/03/09 | 54849 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (6,409.00) |
| CNB | 22414399 | 12/09/09 | 55081 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | 20% adjustment (Riviera In | $ (2,033.00) |
| CNB | 22414399 | 01/04/10 | 55772 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (4,350.00) |
| CNB | 22414399 | 02/02/10 | 56694 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (4,410.50) |
| CNB | 22414399 | 03/02/10 | 57662 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (4,398.00) |
| CNB | 22414399 | 03/09/10 | 57942 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | 20% adjustment (Riviera In | $ (1,653.50) |
| CNB | 22414399 | 04/02/10 | 59711 | Ehrens, Gerald & Wilma | (Riviera Filestment, L.P) | (Riviera Investment, L.P) | $ (4,513.00) |
| CNB | 22414399 | 05/04/10 | 60680 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (4,640.00) |
| CNB | 22414399 | 06/01/10 | 61675 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,598.00) |
| CNB | 22414399 | 07/02/10 | 62674 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,606.50) |
| CNB | 22414399 | 08/03/10 | 63705 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,666.50) |
| CNB | 22414399 | 09/02/10 | 64740 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,686.50) |
| CNB | 22414399 | 09/09/10 | 64992 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | 20% adjustment (Riviera In | $ (949.50) |
| CNB | 22414399 | 10/04/10 | 65796 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,721.50) |
| CNB | 22414399 | 11/01/10 | 66882 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,673.00) |
| CNB | 22414399 | 12/02/10 | 67944 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,775.00) |
| CNB | 22414399 | 01/03/11 | 69021 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,824.50) |
| CNB | 22414399 | 02/02/11 | 70129 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,879.50) |
| CNB | 22414399 | 03/02/11 | 71295 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,861.00) |
| CNB | 22414399 | 03/10/11 | 71580 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | 20% adjustment (Riviera In | $ (124.50) |
| CNB | 22414399 | 04/04/11 | 72494 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,802.50) |
| CNB | 22414399 | 05/02/11 | 73673 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,867.00) |
| CNB | 22414399 | 06/02/11 | 74880 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,778.50) |
| CNB | 22414399 | 07/05/11 | 76106 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,764.50) |
| CNB | 22414399 | 08/03/11 | 77949 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,778.50) |
| CNB | 22414399 | 09/02/11 | 79192 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (2,732.00) |
| CNB | 22414399 | 10/04/11 | 80469 | Ehrens, Gerald & Wilma | (Riviera Filvestment, L.P) | (Riviera Investment, L.P) | $ (5,193.00) |
| CNB | 22414399 | 11/02/11 | 81794 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,095.50) |
| CNB | 22414399 | 12/02/11 | 83322 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,078.50) |

| Acct Name | Account# | Date | Check # | Payor/Payee | Company | Memo/Notes | Amount |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | 01/04/12 | 84682 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,124.50) |
| CNB | 22414399 | 02/02/12 | 86033 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,111.50) |
| CNB | 22414399 | 03/02/12 | 87420 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,106.50) |
| CNB | 22414399 | 04/02/12 | 88861 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,009.00) |
| CNB | 22414399 | 05/03/12 | 97709 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,215.50) |
| CNB | 22414399 | 06/05/12 | 94636 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,142.00) |
| CNB | 22414399 | 07/03/12 | 96112 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,259.00) |
| CNB | 22414399 | 08/02/12 | 93123 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (5,162.00) |
| CNB | 22414399 | 09/04/12 | 91611 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (7,649.50) |
| CNB | 22414399 | 10/01/12 | 90240 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (7,727.00) |
| CNB | 22414399 | 11/05/12 | 11248 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (7,617.50) |
| CNB | 22414399 | 12/04/12 | 12886 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (7,523.00) |
| CNB | 22414399 | 01/02/13 | 14558 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (9,454.00) |
| CNB | 22414399 | 02/04/13 | 16270 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (9,379.00) |
| CNB | 22414399 | 03/04/13 | 18008 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (11,193.00) |
| CNB | 22414399 | 04/01/13 | 19791 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (11,204.00) |
| CNB | 22414399 | 05/02/13 | 21616 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (11,102.50) |
| CNB | 22414399 | 06/03/13 | 23962 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (12,706.00) |
| CNB | 22414399 | 07/03/13 | 26065 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (12,967.50) |
| CNB | 22414399 | 08/01/13 | 27828 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (12,962.50) |
| CNB | 22414399 | 09/03/13 | 29723 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (12,896.00) |
| CNB | 22414399 | 10/02/13 | 31958 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (15,419.50) |
| CNB | 22414399 | 11/04/13 | 35194 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (15,485.50) |
| CNB | 22414399 | 12/02/13 | 37135 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (16,748.00) |
| CNB | 22414399 | 01/02/14 | 39895 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P) | (Riviera Investment, L.P) | $ (17,590.50) |
| CNB | 22414399 | 02/03/14 | 41915 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P.) | (Riviera Investment, L.P.) | $ (17,647.00) |
| CNB | 22414399 | 03/04/14 | 44070 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P.) | (Riviera Investment, L.P.) | $ (16,754.50) |
| CNB | 22414399 | 04/02/14 | 47295 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P.) | (Riviera Investment, L.P.) | $ (16,469.00) |
| CNB | 22414399 | 05/06/14 | 49633 | Ehrens, Gerald & Wilma | (Riviera Investment, LP) | (Riviera Investment, LP) | $ (17,757.50) |
| CNB | 22414399 | 06/03/14 | 52009 | Ehrens, Gerald & Wilma | (Riviera Investment, L.P.) | (Riviera Investment, L.P.) | $ (18,874.50) |
| CNB | 22414399 | 07/02/14 | 54424 | Ehrens, Gerald & Wilma | (Riviera Investment, LP) | (Riviera Investment, LP) | $ (18,825.50) |
| CNB | 22414399 | 08/06/14 | 56896 | Ehrens, Gerald & Wilma | (Riviera Investment, LP) | (Riviera Investment, LP) | $ (18,604.00) |
| | | | | | | **Total** | **$ (734,616.50)** |

**Ehrens, Gerald & Wilma - Commissions Paid by NASI:**

| Acct Name | Account# | Date | Check # | Payor/Payee | Company | Memo/Notes | Amount |
|---|---|---|---|---|---|---|---|
| CNB | 22414410 | 10/19/09 | 8375 | Ehrens, Gerald & Wilma | | Commission | $ (56,000.00) |
| CNB | 22414410 | 07/06/10 | 9065 | Ehrens, Gerald & Wilma | | market commission | $ (108,000.00) |
| | | | | | | **Total** | **$ (164,000.00)** |

**Amgest, Ltd - Commissions Paid from NASI:**

| Acct Name | Account# | Date | Check # | Payor/Payee | Company | Memo/Notes | Amount |
|---|---|---|---|---|---|---|---|
| CNB | 22414410 | 04/02/10 | 8840 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (29,500.00) |
| CNB | 22414410 | 05/04/10 | 8907 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (7,500.00) |
| CNB | 22414410 | 06/04/10 | 9017 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | May commission (Amgest, Ltd) | $ (25,000.00) |
| CNB | 22414410 | 11/01/10 | 9374 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (5,000.00) |
| CNB | 22414410 | 12/06/10 | 9485 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (17,500.00) |
| CNB | 22414410 | 01/06/11 | 9581 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (8,500.00) |
| CNB | 22414410 | 02/03/11 | 9663 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (41,000.00) |
| CNB | 22414410 | 03/04/11 | 9736 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (11,500.00) |

| Acct Name | Account# | Date | Check # | Payor/Payee | Company | Memo/Notes | Amount |
|---|---|---|---|---|---|---|---|
| CNB | 22414410 | 04/07/11 | 9823 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (23,000.00) |
| CNB | 22414410 | 05/04/11 | 9886 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | commission (Amgest, Ltd) | $ (18,500.00) |
| CNB | 22414410 | 07/08/11 | 10025 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (26,500.00) |
| CNB | 22414410 | 08/05/11 | 10113 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (35,500.00) |
| CNB | 22414410 | 09/07/11 | 10188 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (31,500.00) |
| CNB | 22414410 | 09/13/11 | 10199 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (5,500.00) |
| CNB | 22414410 | 10/06/11 | 10253 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (16,500.00) |
| CNB | 22414410 | 11/02/11 | 10323 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (2,500.00) |
| CNB | 22414410 | 12/08/11 | 10407 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (38,500.00) |
| CNB | 22414410 | 01/09/12 | 10502 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (100,500.00) |
| CNB | 22414410 | 02/03/12 | 10552 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (10,000.00) |
| CNB | 22414410 | 02/03/12 | 10553 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (4,500.00) |
| CNB | 22414410 | 03/06/12 | 10647 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (34,000.00) |
| CNB | 22414410 | 04/09/12 | 10754 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (6,500.00) |
| CNB | 22414410 | 05/04/12 | 10826 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (6,500.00) |
| CNB | 22414410 | 06/07/12 | 10915 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (7,000.00) |
| CNB | 22414410 | 07/05/12 | 11005 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (42,500.00) |
| CNB | 22414410 | 08/09/12 | 11123 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (17,000.00) |
| CNB | 22414410 | 09/07/12 | 11193 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (36,500.00) |
| CNB | 22414410 | 10/04/12 | 11272 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (45,000.00) |
| CNB | 22414410 | 11/08/12 | 11376 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (15,500.00) |
| CNB | 22414410 | 11/15/12 | 11385 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (19,000.00) |
| CNB | 22414410 | 11/15/12 | 11386 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (10,500.00) |
| CNB | 22414410 | 12/07/12 | 11455 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (32,500.00) |
| CNB | 22414410 | 01/07/13 | 11554 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (100,000.00) |
| CNB | 22414410 | 02/07/13 | 11641 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (19,500.00) |
| CNB | 22414410 | 03/08/13 | 11738 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (38,000.00) |
| CNB | 22414410 | 04/04/13 | 11820 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (17,500.00) |
| CNB | 22414410 | 05/06/13 | 11915 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (46,000.00) |
| CNB | 22414410 | 06/14/13 | 12044 | Ehrens, Gerald & Wilma | (Amgest, Ltd) | (Amgest, Ltd) | $ (28,500.00) |
| | | | | | | **Total** | **$ (980,500.00)** |

**First Abby Corp. - Commissions Paid by NASI:**

| Acct Name | Account# | Date | Check # | Payor/Payee | Company | Memo/Notes | Amount |
|---|---|---|---|---|---|---|---|
| CNB | 22414410 | 09/04/09 | 8254 | Ehrens, Gerald & Wilma | (First Abby Corp.) | (First Abby Corp.) | $ (30,000.00) |
| CNB | 22414410 | 10/05/09 | 8335 | Ehrens, Gerald & Wilma | (First Abby Corp.) | (First Abby Corp.) | $ (13,500.00) |
| CNB | 22414410 | 01/08/10 | 8567 | Ehrens, Gerald & Wilma | (First Abby Corp.) | (First Abby Corp.) | $ (26,500.00) |
| CNB | 22414410 | 02/02/10 | 8657 | Ehrens, Gerald & Wilma | (First Abby Corp.) | (First Abby Corp.) | $ (83,500.00) |
| CNB | 22414410 | 03/08/10 | 8760 | Ehrens, Gerald & Wilma | (First Abby Corp.) | (First Abby Corp.) | $ (85,500.00) |
| CNB | 22414410 | 07/05/13 | 12104 | Ehrens, Gerald & Wilma | (First Abby Corp.) | (First Abby Corp.) | $ (90,000.00) |
| CNB | 22414410 | 08/13/13 | 12208 | Ehrens, Gerald & Wilma | (First Abby Corp.) | | $ (30,000.00) |
| CNB | 22414410 | 09/09/13 | 12301 | Ehrens, Gerald & Wilma | (First Abby Corp.) | | $ (19,000.00) |
| CNB | 22414410 | 10/10/13 | 12392 | Ehrens, Gerald & Wilma | (First Abby Corp.) | | $ (152,000.00) |
| CNB | 22414410 | 11/04/13 | 12481 | Ehrens, Gerald & Wilma | (First Abby Corp.) | | $ (16,000.00) |
| CNB | 22414410 | 12/05/13 | 12578 | Ehrens, Gerald & Wilma | (First Abby Corp.) | | $ (9,000.00) |
| CNB | 22414410 | 01/10/14 | 12676 | Ehrens, Gerald & Wilma | (First Abby Corp.) | | $ (19,500.00) |
| CNB | 22414410 | 02/10/14 | 12776 | Ehrens, Gerald & Wilma | (First Abby Corp.) | | $ (6,000.00) |
| CNB | 22414410 | 03/10/14 | 12872 | Ehrens, Gerald & Wilma | (First Abby Corp.) | commission | $ (90,000.00) |
| CNB | 22414410 | 04/09/14 | 12984 | Ehrens, Gerald & Wilma | (First Abby Corp.) | | $ (52,500.00) |
| CNB | 22414410 | 05/20/14 | 13115 | Ehrens, Gerald & Wilma | (First Abby Corp.) | | $ (24,000.00) |
| CNB | 22414410 | 06/05/14 | 13204 | Ehrens, Gerald & Wilma | (First Abby Corp.) | (First Abby Corp.) | $ (14,000.00) |
| CNB | 22414410 | 07/07/14 | 13313 | Ehrens, Gerald & Wilma | (First Abby Corp.) | (First Abby Corp.) | $ (54,000.00) |
| CNB | 22414410 | 08/11/14 | 13427 | Ehrens, Gerald & Wilma | (First Abby Corp.) | (First Abby Corp.) | $ (78,500.00) |
| | | | | | | **Total** | **$ (893,500.00)** |