1  DAVID R. ZARO (BAR NO. 124334)
   TED FATES (BAR NO. 227809)
2  TIM C. HSU (BAR NO. 279208)
   ALLEN MATKINS LECK GAMBLE
3    MALLORY & NATSIS LLP
   515 South Figueroa Street, Ninth Floor
4  Los Angeles, California 90071-3309
   Phone: (213) 622-5555
5  Fax: (213) 620-8816
   E-Mail: dzaro@allenmatkins.com
6          tfates@allenmatkins.com
           thsu@allenmatkins.com
7
   Attorneys for Plaintiff
8  WILLIAM J. HOFFMAN, Receiver

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

| 12 | WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc., Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, | Case No. CV15-05747 SJO (FFMx) |
|---|---|---|
| | | REQUEST TO CLERK FOR ENTRY OF DEFAULT OF DEFENDANT AMGEST LTD. |
| | | Ctrm: 1 - 2nd Floor |
| | | Judge: Hon. S. James Otero |
| | Plaintiff, | |
| | v. | |
| | GERALD EHRENS, WILMA EHRENS, RIVIERA INVESTMENTS, L.P., a Nevada limited partnership, FIRST ABBY CORPORATION, a Nevada corporation, AMGEST LTD. a Delaware corporation, | |
| | Defendants. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

835127.01/SD

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff William J. Hoffman of Trigild, Inc. ("Receiver"), the Court-appointed permanent receiver for Nationwide Automated Systems, Inc. ("NASI"), Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates ("Receivership Entities"), in that Securities and Exchange Commission enforcement action styled as *Securities and Exchange Commission v. National Automated Systems, Inc., et al.*, United States District Court, Central District of California, Case No. 14-CV-07249-SJO (FFMx), by and through counsel, hereby requests that the clerk of the above-entitled Court enter default in this matter against Defendant Amgest Ltd. ("Amgest") on the ground that Amgest has failed to appear or otherwise respond to the properly served Complaint within the time prescribed by the Federal Rules of Civil Procedure.

On July 29, 2015, the Receiver filed the Complaint in the above-entitled action. Copies of the Complaint and Summons issued by the Court were then served on Bruce Gardiner, as a registered officer of the corporation, on September 14, 2015, as evidenced by the proof of service on file with this Court. (Dkt. No. 21, Declaration of Tim C. Hsu ("Hsu Decl."), Exh. A.) Accordingly, pursuant to the Federal Rules of Civil Procedure, Amgest's response was due October 5, 2015. *See* Fed. R. Civ. Proc. Rule 4(h)(1)(B), 12(a)(1)(A).

On October 9, 2015, after Amgest failed to file or serve any responsive pleading or motion to the Complaint, counsel for the Receiver sent a letter to Mr. Gardiner, via overnight mail, informing him of the Receiver's intent to seek entry of default against Amgest and subsequently seek entry of judgment thereon. Additionally, this letter was also sent via overnight mail and email to Gerald Ehrens who is believed to be the owner of Amgest. (Hsu Decl., ¶ 4, Exh. B.)

Notwithstanding proper service of the Summons and Complaint, and the Receiver's counsel's subsequent letter, as of the date of this filing, Amgest has not

filed any responsive pleading or motion, or otherwise made any appearance in this action. (Hsu Decl., ¶ 5.)

      Accordingly, the Receiver hereby respectfully requests that the default be immediately entered as against Amgest.

Dated: October 16, 2015

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO
TED FATES
TIM C. HSU

By:    /s/ Tim C. Hsu
    TIM C. HSU
    Attorneys for Receiver
    WILLIAM J. HOFFMAN