DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc., Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>        Plaintiff,<br><br>    v.<br><br>GERALD EHRENS, WILMA EHRENS, RIVIERA INVESTMENTS, L.P., a Nevada limited partnership, FIRST ABBY CORPORATION, a Nevada corporation, AMGEST LTD. a Delaware corporation,<br><br>        Defendants. | Case No. CV15-05747 SJO (FFMx)<br><br>NOTICE OF BANKRUPTCY PETITION AND AUTOMATIC STAY<br><br>Judge: S. James Otero |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 30, 2015, defendants Gerald Ehrens and Wilma Ehrens (the "Ehrens Defendants") filed a voluntary petition for bankruptcy protection pursuant to Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada, Case No. 15-15603-abl. Pursuant to Section 362 of the Bankruptcy Code, plaintiff William Hoffman ("Receiver"), the Court-appointed receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, is therefore stayed from continuing this proceeding as against the Ehrens Defendants, and thus hereby provides notice to this Court and all parties that the matter as against the Ehrens Defendants is stayed pursuant to the Bankruptcy Code until such time as the automatic stay is dissolved or relief from such stay is otherwise obtained.

As for the entity defendants Riviera Investments, L.P., First Abby Corporation, and Amgest Ltd. (the "Entity Defendants"), the Receiver is not aware of any bankruptcy filings by these Entity Defendants, and as such, the automatic stay resulting from the bankruptcy petition filed by the Ehrens Defendants does not apply to the Entity Defendants. *See Beeler v. Jewell*, 303 F.3d 939, 942 (9th Cir. 2002) ("A business relationship of stock ownership does not *ipso facto* extend the automatic stay" to companies owned by the bankruptcy petitioners.); *Nat'l Bank v. Panther Mt. Land Development, LLC*, 686 F.3d 916, 923 (8th Cir. 2012) ("[T]he automatic stay does not, in general, apply to actions against parties who enjoy factual or legal relationships with a debtor, such as a debtor's wholly owned subsidiaries."); *Chugach Timber Corp. v. Northern Stevedoring & Handling Corp.*, 23 F.3d 241, 246 (9th Cir. 1994) ("As a general rule, the automatic stay of section 362(a) protects only the debtor, property of the debtor or property of the estate. It does not protect non-debtor parties or their property. Thus, section 362(a) does not

stay actions against guarantors, sureties, corporate affiliates, or other non-debtor parties liable on the debts of the debtor.") (quoting *Advanced Ribbons & Office Prods. v. U.S. Interstate Distrib.*, 125 B.R. 259, 263 (9th Cir. BAP 1991)). Accordingly, because the automatic stay resulting from the Ehrens Defendants' bankruptcy petition applies to them alone, the Receiver will proceed with prosecution of this action as against the Entity Defendants.

Dated: November 2, 2015

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO
TED FATES
TIM C. HSU

By: /s/ Tim C. Hsu
    TIM C. HSU
    Attorneys for Receiver
    WILLIAM J. HOFFMAN

# PROOF OF SERVICE

*William J. Hoffman et al. v. Gerald Ehrens, et al.* USDC, Central District of California – Western Division (Los Angeles) – Case No. 2:15-05747-SJO FFM

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is:
515 South Figueroa Street, 9th Floor, Los Angeles, California 90071-3309.

A true and correct copy of the foregoing document(s) described as:

**NOTICE OF BANKRUPTCY PETITION AND AUTOMATIC STAY** will be served in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – the above-described document will be served by the Court via NEF. On November 2, 2015, I reviewed the CM/ECF Mailing Info For A Case for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    - **Edward G Fates**
      tfates@allenmatkins.com,bcrfilings@allenmatkins.com,jholman@allenmatkins.com

    - **Tim C Hsu**
      thsu@allenmatkins.com,mlyons@allenmatkins.com

    - **David R Zaro**
      dzaro@allenmatkins.com

2. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On November 2, 2015, I served the following person(s) and/or entity(ies) in this case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service with delivery fees paid or provided for addressed as follows. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. postal service on that same day in the ordinary course of business.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

986716.01/LA

<u>Via Mail</u>

Gerald Ehrens
Wilma Ehrens
Riviera Investments, L.P.
First Abby Corporation
10924 Pine Meadows Court
Las Vegas, NV 89134

3. **SERVED BY PERSONAL DELIVERY OR FACSIMILE (indicate method for each person or entity served)**: On _____, I served the following person(s) and/or entity(ies) on the attached Service List at the last known address(es) in this case by personal delivery, or by facsimile transmission. <u>Via Personal Delivery</u>: I caused such envelope to be delivered by hand to the offices of the addressee by delivering same to an employee of World Wide Attorney Service located at 1533 Wilshire Boulevard, Los Angeles, California 90017. <u>Via Fax</u> by transmitting a true copy of said document from facsimile machine whose telephone number is (213) 620-8816. There was no error was reported by the machine. I caused the machine to print a record of the transmission. Said fax transmission was directed to the facsimile numbers as stated on the attached mailing list.

Executed on November 2, 2015. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Marcella Lyons*
Marcella Lyons