JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

| | |
|---|---|
| **CASE NO.:** CV 15-05747 SJO (FFMx) | **DATE:** April 12, 2016 |
| **TITLE:** William J Hoffman v. Gerald Ehrens et al | |

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz
Courtroom Clerk

Not Present
Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**

Not Present

**COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Notice of Voluntary Dismissal Without Prejudice as to the remaining Defendants Gerald Ehrens and Wilma Ehrens [#41] filed by Plaintiff William J. Hoffman, Receiver on 04/11/2016. Default judgment was previously entered against the remaining defendants Riviera Investments, L.P., First Abby Corporation, and Amgest LTD on March 30, 2016. Accordingly, the Court Orders this matter dismissed pursuant to the NOTICE of Voluntary Dismissal.